No. 96–6786. BURTON v. BURTON, 519 U. S. 1082. Motion for leave to file petition for rehearing denied.

MARCH 28, 1997

No. 96–1216. JANE PHILLIPS EPISCOPAL MEMORIAL MEDICAL CENTER ET AL. v. RISHELL, CURATOR OF THE PERSON AND ESTATE OF LACEY, AN INCAPACITATED PERSON. C. A. 10th Cir. Certiorari dismissed only as to Jane Phillips Episcopal Memorial Medical Center under this Court's Rule 46.

MARCH 31, 1997

No. 96–1327. BASKIN v. BATH TOWNSHIP BOARD OF ZONING APPEALS ET AL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. D–1769. IN RE DISBARMENT OF DAVISON. Disbarment entered. [For earlier order herein, see 519 U. S. 1104.]

No. D–1771. IN RE DISBARMENT OF LYNN. Disbarment entered. [For earlier order herein, see 519 U. S. 1104.]

No. D–1774. IN RE DISBARMENT OF McDONALD. Disbarment entered. [For earlier order herein, see 519 U. S. 1105.]

No. D–1791. IN RE DISBARMENT OF GROWNEY. William Edward Growney, of Pacifica, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.